Joel H. Levitin
Michael R. Carney
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
E-mail: jlevitin@cahill.com
E-mail: mcarney@cahill.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEFF CORP., *et al.*,[1] | ) | Case No. 10-12610 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code § 1109(b) and Bankruptcy Rules 2002, 9007, and 9010, Bank of America, N.A. as, *inter alia*, the agent (the "Agent") under that certain Senior Secured Debtor-in-Possession Credit Agreement dated as of May 17, 2010, entered into by and among Neff Corp., the Agent, and certain other parties, hereby appears by and through its undersigned attorneys, in the Chapter 11 cases of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neff Corp. (6400); Neff Finance Corp. (3639); Neff Holdings Corp. (0431); Neff Holdings LLC (0571); Neff Rental, Inc. (0403); and Neff Rental LLC (3649). The location of the Debtors' corporate headquarters and the service address for all the Debtors except Neff Holdings LLC is: 3750 N.W. 87th Ave., Suite 400, Miami, Florida 33178. The service address for Neff Holdings LLC is: 375 Park Avenue, New York, New York 10152.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code § 1109(b), the Agent requests that all pleadings, documents, and notices (including, without limitation, not only those pleadings, documents, and notices referred to in Bankruptcy Rule 2002, but also any orders, applications, motions, petitions, requests, complaints, answers, replies, schedules of assets or liabilities, statements of financial affairs, operating reports, plans of reorganization, disclosure statements, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, e-mail, or otherwise) filed, given, or to be given in the Debtors' cases be given and served upon:

> Joel H. Levitin
> Michael R. Carney
> CAHILL GORDON & REINDEL LLP
> Eighty Pine Street
> New York, New York 10005
> Telephone: (212) 701-3000
> Facsimile: (212) 269-5420
> E-mail: jlevitin@cahill.com
> E-mail: mcarney@cahill.com

PLEASE TAKE FURTHER NOTICE that neither this notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with the Debtors' Chapter 11 cases is intended to be, or shall be construed as, a waiver of the Agent's (i) right to have final orders in non-core matters entered only after review *de novo* by a District Court judge; (ii) right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related thereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, all of which rights, actions, setoffs, defenses, and recoupments are expressly reserved.

Dated: New York, New York  
      May 17, 2010

Respectfully submitted,

CAHILL GORDON & REINDEL LLP

/s/ Michael R. Carney
Joel H. Levitin
Michael R. Carney
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
E-mail: jlevitin@cahill.com
E-mail: mcarney@cahill.com

*Attorneys for Bank of America, N.A.*

Joel H. Levitin
Michael R. Carney
CAHILL GORDON & REINDEL LLP
Eighty Pine Street
New York, New York 10005
Telephone: (212) 701-3000
Facsimile: (212) 269-5420
E-mail: jlevitin@cahill.com
E-mail: mcarney@cahill.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NEFF CORP., *et al.*,[1] | ) | Case No. 10-12610 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

I, Michael R. Carney, hereby certify that on this 17th day of May 2010, the Notice of Appearance and Demand for Service of Papers for Bank of America, N.A. was mailed, first class mail, postage prepaid to the parties listed on the attached service list.

Dated: May 17, 2010
       New York, New York

                    By:    /s/ Michael R. Carney
                           Michael R. Carney

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neff Corp. (6400); Neff Finance Corp. (3639); Neff Holdings Corp. (0431); Neff Holdings LLC (0571); Neff Rental, Inc. (0403); and Neff Rental LLC (3649). The location of the Debtors' corporate headquarters and the service address for all the Debtors except Neff Holdings LLC is: 3750 N.W. 87th Ave., Suite 400, Miami, Florida 33178. The service address for Neff Holdings LLC is: 375 Park Avenue, New York, New York 10152.

**Service List**

| | |
|---|---|
| Neff Corp.<br>3750 N.W. 87th Ave.<br>Suite 400<br>Miami, Florida 33178 | United States Trustee<br>33 Whitehall Street<br>21st Floor<br>New York, NY 10004 |
| Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York, 10022<br>Attention: James H.M. Sprayregen, Esq. and Brian S. Lennon, Esq. | Neff Holdings LLC<br>375 Park Avenue<br>New York, New York 10152. |
| Stroock & Stroock & Lavan LLP<br>180 Maiden Lane<br>New York, New York 10038<br>Attention: Kristopher M. Hansen, Esq. and Jayme T. Goldstein, Esq. | Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Street, N.E.<br>Atlanta, Georgia 30308<br>Attention: Jesse H. Austin III |
| King & Spalding<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Attention: Michael C. Rupe, Esq. | |