**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | Case No. 10-12610 (SCC) |
| | : | |
| **NEFF CORP., LLC., et al.,** | : | (Jointly Administered) |
| | : | |
| | : | **Chapter 11** |
| Debtors. | : | |

-----------------------------------------------------------x

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

    Pursuant to Section 1102(a) and 1102(b) of the Bankruptcy Code, the following creditors of the above-captioned debtors being among the largest unsecured claimants who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1.     Footprints Asset Management
   c/o Steve Lococo
   11422 Miracle Hills Drive, Suite 208
   Omaha, NE 68154
   Telephone No. (402) 445-9333
   Fax 402-445-0526

2.     Shirley L. Wong
   77 West Washington Street
   Suite 505
   Chicago, Illinois 60602
   Telephone No. (312) 977-1020

3.     Richard D. Almandi
   5750 NE Island Cove Way #3405
   Stuart, FL 34996-4302
   Telephone No. (414) 322-5429

4.     Allen Daniel Barnett
   4631 Lake Norrell Rd.
   Alexander, AR 72002
   Telephone No. (501) 227-3225

5. Law Debenture Trust Company of New York
   400 Madison Avenue, Suite 4D
   New York, NY 10017
   Attn: Michael A. Smith, Vice President
   Tel No: (212) 750-6474

Dated: New York, New York
       May 28, 2010

                                    DIANA G. ADAMS
                                    UNITED STATES TRUSTEE

                            By:     /s/ *Paul K.Schwartzberg*
                                    Paul K. Schwartzberg
                                    Trial Attorney
                                    33 Whitehall Street, 21st Floor
                                    New York, New York 10004
                                    Tel. No. (212) 510-0500