James H.M. Sprayregen, P.C.
Ray C. Schrock (admitted *pro hac vice*)
Brian S. Lennon
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Anup Sathy, P.C. (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in
Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| NEFF CORP., et al.,[1] | ) ) ) | Case No. 10-12610 (SCC) |
| Debtors. | ) ) | Jointly Administered |

**NOTICE OF HEARING OF MATTERS TO BE HEARD ON SEPTEMBER 21, 2010**

**PLEASE TAKE NOTICE** that the hearing on the matters set forth below is scheduled to be held before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Neff Holdings LLC (0571); Neff Corp. (6400); Neff Finance Corp. (3639); Neff Holdings Corp. (0431); Neff Rental, Inc. (0403); and Neff Rental LLC (3649). The location of the Debtors' corporate headquarters and the service address for all the Debtors except Neff Holdings LLC is: 3750 N.W. 87th Ave., Suite 400, Miami, Florida 33178. The service address for Neff Holdings LLC is: 375 Park Avenue, New York, New York 10152.

Southern District of New York (the "Bankruptcy Court"), Alexander Hamilton Custom House, One Bowling Green, Room 610, New York, New York 10004-1408, on **September 21, 2010, at 11:30 a.m. (prevailing Eastern time)**:

- *Motion of the Debtors Seeking Approval of Immaterial Modifications to the Debtors' Chapter 11 Plan Without the Need for Resolicitation of Votes* [Docket No. 442].

- *Debtors' Third Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code filed as Exhibit A to Motion of the Debtors Seeking Approval of Immaterial Modifications to the Debtors' Chapter 11 Plan Without the Need for Resolicitation of Votes* [Docket No. 443].

- *Blackline of Debtors' Third Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code filed as Exhibit B to Motion of the Debtors Seeking Approval of Immaterial Modifications to the Debtors' Chapter 11 Plan Without the Need for Resolicitation of Votes* [Docket No. 444].

- *Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Third Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code filed as Exhibit C Motion of the Debtors Seeking Approval of Immaterial Modifications to the Debtors' Chapter 11 Plan Without the Need for Resolicitation of Votes* [Docket No. 446].

- *Blackline of Proposed Findings of Fact, Conclusions of Law, and Order Confirming Debtors Third Amended Joint Plan Pursuant to Chapter 11 of the Bankruptcy Code filed as Exhibit D Motion of the Debtors Seeking Approval of Immaterial Modifications to the Debtors' Chapter 11 Plan Without the Need for Resolicitation of Votes* [Docket No. 447].

K&E 17732474

| | |
|---|---|
| New York, New York<br>Dated: September 20, 2010 | */s/ Brian S. Lennon*<br>James H.M. Sprayregen, P.C.<br>Ray C. Schrock (admitted *pro hac vice*)<br>Brian S. Lennon<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>- and -<br><br>Anup Sathy, P.C. (admitted *pro hac vice*)<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>Counsel to the Debtors and Debtors in Possession |